**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CASE NO. 3:08-CV-538-MR-CH**

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA,** | ) |
| **INC., a Florida Not-For-Profit Corporation,** | ) |
| **and OWEN HARTY, individually,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SC WINDSOR ASSOCIATES, LP, a North** | ) |
| **Carolina Limited Partnership,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER GRANTING STAY**

      **THIS CAUSE** coming on to be heard before the undersigned on the Joint Motion of

Plaintiffs and Defendant for a sixty (60) day stay of this action. After consulting with the District

Judge to whom this case is assigned (the Honorable Martin K. Reidinger) the Court concludes

there is good cause for a <u>thirty</u> (30) day stay.

      **IT IS THEREFORE ORDERED**, that this matter is stayed until February 28, 2009.

      **SO ORDERED**.

                      Signed: February 2, 2009

               *Carl Horn, III*
               _____
               Carl Horn, III
               United States Magistrate Judge